THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BENNY HAKAJ, Appellant. [823 NYS2d 750]—Judgment, Supreme Court, Bronx County (Steven L. Barrett, J.), rendered on or about May 1, 2003, unanimously affirmed. No opinion. Order filed. Concur—Mazzarelli, J.P., Friedman, Sullivan, Catterson and Malone, JJ.